IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD LAMAR MAY,
Inmate # 9704427161,
    Plaintiff,

vs.                            Case No.: 3:16cv372/LAC/EMT

INSURANCE COMPANY
TAG #EVEI55,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). At the time the complaint was filed, Plaintiff was an inmate at the Escambia County Jail. By order of this court dated September 13, 2016, Plaintiff was granted leave to proceed in forma pauperis and, pursuant to 28 U.S.C. § 1915(b)(1)(A), he was given thirty (30) days in which to pay an initial partial filing fee in the amount of $38.02 (ECF No. 9). That order was mailed to Plaintiff at the jail but was returned to the court as undeliverable because Plaintiff had since been released from the jail (ECF No. 10). Plaintiff failed to inform the court of his new address, but the jail did provide a release address for Plaintiff. The court mailed the order to the release address, but this mailing was also returned as undeliverable (ECF No. 11).

The court then issued an order on October 18, 2016, requiring Plaintiff to show cause within thirty (30) days why this action should not be dismissed for failure to comply with an order of the court and failure to keep the court apprised as to his current address (ECF No. 12).  The mailing of that order has also been returned, and the time for compliance with the show cause order has now elapsed.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised as to his current address.

At Pensacola, Florida, this 18th day of November 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.:  3:16cv372/LAC/EMT